01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY VOEGELI,                          )
                                        )   Case No. C05-1303-RSM
        Petitioner,                     )
                                        )
        v.                              )
                                        )
UNITED STATES OF AMERICA,               )   SHOW CAUSE ORDER
                                        )
        Respondent.                     )
                                        )
_____ )

        This matter comes before the Court upon petitioner's motion to supplement the record in her 28 U.S.C. § 2255 motion.  On August 15, 2005, petitioner submitted a letter to the Court that contained several documents relating to her case.  Dkt. No. 6.  Petitioner requested that the documents be attached to her petition as Exhibit H.  *Id*.  The Court therefore construes petitioner's letter as a motion to expand the record pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings for the United States District Courts.  Having considered petitioner's motion and the available record, the Court ORDERS as follows:

        (1)     Respondent is directed to SHOW CAUSE as to why petitioner's documents should not be admitted into the record in this case.  Respondent shall have seven (7) days from the date of this filing to respond.

        (2)     The Clerk is directed to send a copy of this Order to petitioner, counsel for respondent, and to the Honorable Ricardo S. Martinez.

SHOW CAUSE ORDER
PAGE -1

01   DATED this 22nd day of August, 2005.

02

03

04   JAMES P. DONOHUE
     United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SHOW CAUSE ORDER
PAGE -2