UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY VOEGELI, ) | |
| ) | Case No. C05-1303-RSM |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | MINUTE ORDER |
| ) | |
| Respondent. ) | |
| _____ ) | |

The following minute order is made at the direction of United States Magistrate Judge James P. Donohue:

(1) On August 22, 2005, the Court ordered the respondent in this § 2255 to show cause as to why petitioner's motion to expand the record in this case should not be granted. Dkt. No. 7. Respondent has filed a response to that order, together with a response to petitioner's § 2255 motion. The Court NOTES both petitioner's § 2255 motion and her motion to expand the record for September 16, 2005.

(2) The Clerk is directed to send a copy of this Order to petitioner, counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this _6th____ day of September, 2005.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

MINUTE ORDER
PAGE -1