UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY VOEGELI, )<br>)<br>    Petitioner, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. )<br>_____) | Case No. C05-1303-RSM<br>            (CR03-425)<br><br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2255 motion, the government's response, petitioner's reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #1) and Motion to Expand the Record (Dkt. #6) are DENIED, and this action is dismissed with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge James P. Donohue.

DATED this _22_ day of _November_, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE